A similar contention was held to be without merit by this Court in Ashley v. State, No. 25,085, Tex.Cr.App., 237 S.W.2d 311.

This being the only question presented, the judgment of the trial court is affirmed.

### On Motion for Rehearing.

WOODLEY, Commissioner.

The question presented in appellant's motion for rehearing is identical with that first discussed in our opinion on rehearing in Ashley v. State, Tex.Cr.App., 237 S.W.2d 311, wherein we overruled appellant's contention. Further discussion would not be helpful.

The motion for rehearing is therefore overruled.

Opinion approved by the Court.

### LEWIS v. STATE.
### No. 25180.

Court of Criminal Appeals of Texas.
March 7, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for murder without malice. The penalty assessed is confinement in the state penitentiary for a period of two years.

The indictment and all the proceedings are regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.